```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TITILAYO OLUBOWALE, individually and on behalf of all others similarly situated,

                Plaintiff,

-v.-

NCR CORPORATION,

                Defendant.

23 Civ. 338 (JHR)

SCHEDULING ORDER

JENNIFER H. REARDEN, District Judge:

    In light of the parties' stipulation of voluntary dismissal (*see* ECF No. 22), the initial pretrial conference in this matter, previously scheduled for **May 19, 2023, at 12:30 P.M.**, is CANCELED.

    SO ORDERED.

Dated: May 17, 2023
       New York, New York

                                            _____
                                            JENNIFER H. REARDEN
                                            United States District Judge